IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIANNA BARNES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:20-cv-00230-ECM |
| | ) |
| VANESSA WOODARD, | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum of Opinion entered on October 26, 2020 (doc. 37) approving the Parties' settlement in this FLSA action, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk of the Court is DIRECTED to enter this judgment on the civil docket as a final judgment pursuant to Fed.R.Civ.P. 58.

DONE this 3rd day of November, 2020.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE